UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MARCO SUAREZ-PEREZ )<br>a/k/a JOSE RIVERA )<br>)<br>)<br>)<br>) | 04 CR 10007 MEL<br>Case No.<br><br>Violations:<br><br>8 U.S.C. §1326<br>Unlawful Reentry of Removed Alien |

### INDICTMENT

**COUNT ONE:**   (8 U.S.C. §1326 - Unlawful Reentry of Removed Alien)

The Grand Jury charges that:

On or about December 15, 2003, at Boston, in the District of Massachusetts,

**MARCO SUAREZ-PEREZ**
**a/k/a JOSE RIVERA**

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF GRAND JURY

_____
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, January 14, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
1-14-04 at 1:00PM

-2-