# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.

MARCO SUAREZ-PEREZ

CRIMINAL CASE NO. 04-10007-MEL

## APPOINTMENT OF FEDERAL DEFENDER
## (LEO SOROKIN)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **January 16, 2004** to represent said defendant in this cause until further order of the Court.

By: /s/ Dianalynn Saccoccio
DEPUTY CLERK

DATE: January 20, 2004

(FPDAPPNOTICECUSMJB.wpd - 11/98)                                                                [koapptpd.]