UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10007-MEL

UNITED STATES OF AMERICA

v.

MARCO SUAREZ-PEREZ

ORDER AND
FINAL STATUS REPORT

May 19, 2004

COHEN, M.J.

A Final Status Conference was scheduled in this case for June 4, 2004. We have been advised that the defendant intends to offer a plea of guilty before the district judge to whom this case is assigned on May 20, 2004.

Accordingly, the Final Status Conference is canceled, and the file is hereby ordered returned to the district judge to whom this case is assigned. As of this date, only fourteen (14) days have elapsed on the Speedy Trial clock.

_____
UNITED STATES MAGISTRATE JUDGE