UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 25 P 4:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
)
v. ) Case No. 04-cr-10007-MEL
)
)
MARCO SUAREZ-PEREZ )
)

JOINT MOTION TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through his attorney, Leo Sorokin, Esq., jointly move, pursuant to 18 U.S.C. § 3161(h)(8)(A), to exclude the period of time commencing on May 25, 2004, and ending on September 9, 2004. As grounds therefor, the parties state that the defendant and his counsel need to review the pre-plea, pre-sentence report that has been ordered in this case to determine whether a change of plea is an appropriate disposition of this matter.

WHEREFORE, both parties respectfully request, under 18 U.S.C. § 3161(h)(8)(A) and § 5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. § 3161.

Respectfully Submitted,

| | |
|---|---|
| MARCO SUAREZ-PEREZ<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: |
| *Leo Sorokin* by *SPB*<br>LEO SOROKIN, Esq. | SETH P. BERMAN<br>Assistant U.S. Attorney<br>(617) 748-3385 |

Dated:    May 25, 2004