# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **MAG. JUDGE NO.** _____ |
| **V.** | **CRIMINAL NO.** 04-10007-001-MEL |
| **MARCO SUAREZ-PEREZ** | |

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from May 25, 2004 to September 9, 2004 for the reason checked below.

_6/2/04_
Date

_[signature]_
U.S. District Judge
U.S. Magistrate Judge

REFER TO DOCUMENT(S) # __12__

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [x] | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |

(Xdelay - Common.wpd - 01/93)                                                                              [koexcl.]