UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-CR-10007-MEL |
| | ) | |
| MARCO SUAREZ-PEREZ | ) | |

ASSENTED-TO MOTION TO CONTINUE SENTENCING

The defendant hereby moves to continue his sentencing scheduled for December 20, 2004 until a date convenient to the Court in February (excluding February 16 - February 24 while counsel will be on vacation). As grounds, the defendant states that the anticipated decision from the Supreme Court in the Booker and Fan/Fan cases could have a substantial impact on his sentencing.

AUSA Seth Berman has stated his assent to this motion.

MARCO SUAREZ-PEREZ
By his attorney,

/s/ Leo T. Sorokin
Leo T. Sorokin
  B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel:  617-223-8061