February 07, 2005

Dear Judge:

    I decided to write this letter to tell you about Marcos. I have a lot of good things to say about Marcos, I've known Marcos for 9 years. He is a man with a big heart and true desired to be happy and to make others happy. He is a very charming, positive and sensitive man. He always lightens people's days with his big smile. He biggest attribute is how good of a father he is. He is very loving and caring to his five children, they love to be with him. He is also a loving son to his mother, a great brother to all his siblings and a wonderful partner to me. I know that he made a mistake, but I also know that he didn't do it with the intent to harm anybody, I know that he is a good person, he made a mistake like I said, but he did it to try to make our dream of a better life come true. I think that he deserves a second chance to show that he wants to make it up, to his children, to his family, to me and to himself.

Sincerely,

*Ivonne Hernandez*
Ivonne Hernandez

February 10.05

To Whom it may concern:

Dear Judge:

This letter is in behalf of the Hernandez family's. We ask you for your compassion at the time that you determine to sentence my husband Marcos Suarez Perez. Briefly I would like to explain the reason why I decide to ask you for such a big human action.

Marcos and I have been together for nine years, we have two children together, Keila and Marcos Jr. The three of us were born here in USA. Marcos and I have had a solid relationship since we first met. At this point been a single mother is very hard and I know that you can understand. Yet the biggest problem is that we can't imagine our lives any more going thru this struggling situation that we facing with Marcos. My children are to close with their father and its really affecting us.

I want you truly to understand that I do not agree at all with any violations to the law, but all Marcos was trying to do was be responsible for his family by giving us the support at the time that he was arrested. He work hard, excellent father, incompatible partner, and without his help I wouldn't do it. Please give him a chance to renew his life in a close future with his family because we really need him, Keila and Marcos Jr. will always appreciate it, thanks.

Sincerely

Ivonne Hernandez