AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Marco Suarez-Perez
1410 Columbia Rd
South Boston, MA 02127

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10007 MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Marco Suarez-Perez**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Unlawful reentry of a deported alien

in violation of Title __8__ United States Code, Section(s) __1326(a) and (b)__

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

JAN 14 2004
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210
Name of Judicial Officer

Bail fixed at $ _____  by _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/15/04 | |

This form was electronically produced by Elite Federal Forms, Inc.